■ WASCOMAT OF AMERICA, a Division of BERMIL INDUSTRIES CORPORATION, Respondent, v UNIVERSAL CARLOADING AND DISTRIBUTING CO., INC., Appellant. — Order, Supreme Court, New York County (Gabel, J.), entered on April 15,

1981, unanimously affirmed for the reasons stated by Gabel, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Kupferman, J. P., Markewich, Lupiano, Lynch and Milonas, JJ.